**Kazeem ISHOLA, Petitioner—Appellant,**

v.

**Eric H. HOLDER, Jr., Attorney General; Michael Chertoff, Secretary of the Department of Homeland Security; Calvin McCormick, U.S. Ice Field Office Director for the Baltimore Field Office; Warden of Immigration Detention Facility, Respondents—Appellees.**

No. 08–7815.

United States Court of Appeals, Fourth Circuit.

Submitted: March 18, 2009.

Decided: June 9, 2009.

Kazeem Ishola, Appellant Pro Se. George William Maugans, III, Special Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kazeem Ishola appeals the district court's order dismissing as moot his 28 U.S.C. § 2241 (2006) petition seeking release from custody. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ishola v. Holder,* No. 8:08–cv–01363–PJM (D.Md. Aug. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*